PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL SANTOS GALAVIZ,<br><br>Defendant. | CASE NO. 1:21-cr-75-NONE-SKO<br><br>UNITED STATES' MOTION AND ORDER FOR DISMISSAL |

The United States now moves to dismiss the indictment in the above captioned case filed on March 18, 2021, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The United States will seek to indict this matter again in short order.

Dated: April 5, 2021
　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　By:　/s/ Antonio J. Pataca
　　　　　　　　　　　　　　　　　　　　ANTONIO J. PATACA
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

ORDER

The Court hereby orders that the indictment in case number 1:21-cr-00075-NONE-SKO, filed on March 18, 2021, be DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: **April 6, 2021**

_____
UNITED STATES DISTRICT JUDGE